HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERARDO RODRIGUEZ,

        Plaintiff,

v.

SOHI HEMIT, et al.,

        Defendants.

Case No. C16-778-RAJ

ORDER

This matter comes before the Court on Plaintiff's Motion for Discovery and on both of his Motions to Compel Sanctions and Attorney Fees. Dkt. ## 32, 33, 36. Plaintiff is not satisfied with how the Government responded to his discovery requests. However, Plaintiff concedes that he failed to meet and confer with the Government prior to filing his motions. Dkt. # 36. This is a violation of the Court's local rules. Local Rules W.D. Wash. LCR 37(a)(1). The Court may deny a motion to compel on this ground alone. *Id.* (stating that if a party fails to meet and confer prior to filing a motion to compel, the Court "may deny the motion without addressing the merits of the dispute."). The Court exercises such discretion and **DENIES** Plaintiffs' motions.

DATED this 20th day of October, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER-1