HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERARDO RODRIGUEZ,

    Plaintiff,

 v.

SOHI HEMIT, et al.,

    Defendants.

Case No. C16-778-RAJ

ORDER

   This matter comes before the Court on Plaintiff's Motion for Reconsideration. Dkt. # 61. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the court's] attention earlier with reasonable diligence." Local R. W.D. Wash. LCR 7(h)(1).

   In his motion, Plaintiff reiterates the arguments and concerns he expressed in his motion to compel. Dkt. # 46. He does not raise new arguments offer new evidence. Accordingly, the Court DENIES the motion for reconsideration. Dkt. # 61.

   Dated this 6th day of April, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER-1